IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SONIA JUDITH PIZARRO,<br><br>  Plaintiff,<br><br>v.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of the Social Security<br>Administration,<br><br>  Defendant. | CIVIL ACTION<br><br>NO. 17-1054 |

## ORDER

**AND NOW**, this 6th day of May, 2019, upon careful and independent consideration of the administrative record, Plaintiff's Brief and Statement of Issues in Support of the Request for Review (Doc. No. 9), Defendant's Response (Doc. No. 10), and the Report and Recommendation of United States Magistrate Judge David R. Strawbridge (Doc. No. 13), and there being no objections, it is hereby **ORDERED** that:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**;

2. Plaintiff's Request for Review is **DENIED** and the decision of the Commissioner is **AFFIRMED**; and

3. The Clerk of Court shall mark this case **CLOSED**.

BY THE COURT:

_____
**MITCHELL S. GOLDBERG, J.**